UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GARY HARTNESS, et al.,

       Plaintiffs,                                        Civil Action No.
                                                          06-CV-1031

vs.

                                                          HON. BERNARD A. FRIEDMAN

MISSISSIPPI STATE
PORT AUTHORITY, et al.,

       Defendants.
_____/

## **J U D G M E N T**

       All of plaintiffs' claims against all defendants have been dismissed.  Accordingly,

       IT IS ORDERED AND ADJUDGED that judgment be and hereby is granted for defendants and against plaintiffs.


                                          \_\_\_\_\_s/ Bernard A. Friedman_____
                                          BERNARD A. FRIEDMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE
                                          SITTING BY SPECIAL DESIGNATION

Dated: January 4, 2008